SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff;<br><br>  vs.<br><br>Malcolm H. Tipp, et al,<br><br>      Defendants | Case No. **2:11-cv-03437-MCE-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

In accordance with the parties' stipulation, the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), each side to bear its own costs and attorneys' fees. The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: June 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-03437-MCE-DAD- 1